Kirsten A. Milton, Bar No. 14401
Mahna Pourshaban, Bar No. 13743
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Kirsten.milton@jacksonlewis.com
Mahna.pourshaban@jacksonlewis.com
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendants*
*David Saxe Productions, LLC, Saxe*
*Management, LLC and David Saxe*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER MARKS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID SAXE PRODUCTIONS, LLC; SAXE MANAGEMENT, LLC; DAVID SAXE, an individual; EMPLOYEE(S) / AGENT(S) DOES 1-10; and ROE CORPORATRIONS 11-20, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02110<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Defendants DAVID SAXE PRODUCTIONS, LLC; SAXE MANAGEMENT, LLC; and DAVID SAXE ("Defendants"), by and through their counsel of record, and Plaintiff Alexander Marks ("Plaintiff"), by and through his counsel of record, hereby stipulate and agree to extend the time for Defendants to file a responsive pleading to Plaintiff's Complaint for three weeks from August 11, 2017 up to and including September 1, 2017. Defense counsel was recently retained in this matter and needs additional time to investigate the claims asserted in the Complaint to prepare a responsive pleading. Therefore, Defendants seek a three-week extension of time to prepare their responsive pleading or otherwise respond to the Complaint.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 8th day of August, 2017.

| JEFFREY GRONICH, ATTORNEY AT LAW | JACKSON LEWIS P.C. |
|---|---|
| */s/ Jeffrey Gronich* <br> Jeffrey Gronich, Esq., Bar No. 13136 <br> 1810 E. Sahara Ave., Suite 109 <br> Las Vegas, Nevada 89104 | */s/ Kirsten A. Milton* <br> Kirsten A. Milton, Bar No. 14401 <br> Mahna Pourshaban, Bar No. 13743 <br> 3800 Howard Hughes Parkway, Suite 600 <br> Las Vegas, Nevada 89169 |
| *Attorney for Plaintiff Alexander Marks* | *Attorneys for Defendants David Saxe Productions, LLC, Saxe Management, LLC and David Saxe* |

**ORDER**

IT IS SO ORDERED August 9, 2017.

U.S. ~~District~~/Magistrate Judge