JEFFREY GRONICH, ATTORNEY AT LAW, P.C.
Jeffrey Gronich, Esq. (#13136)
1810 E. Sahara Ave.
Suite 109
Las Vegas, Nevada 89104
Tel: (702) 430-6896
Fax: (702) 369-1290
jgronich@gronichlaw.com
*Attorney for Plaintiff Alexander Marks*

**Jeffrey Gronich, Attorney at Law, P.C.**
1810 E. Sahara Ave., Suite 109
Las Vegas, Nevada 89104
(702) 430-6896 FAX: (702) 369-1290

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ALEXANDER MARKS an individual;

Plaintiff,

vs.

DAVID SAXE PRODUCTIONS, LLC; SAXE MANAGEMENT, LLC; DAVID SAXE, an individual; EMPLOYEE(S) / AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive;

Defendants.

Case No. 2:17-cv-02110

**ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Defendants DAVID SAXE PRODUCTIONS, LLC; SAXE MANAGEMENT, LLC; and DAVID SAXE ("Defendants"), by and through their counsel of record, and Plaintiff Alexander Marks ("Plaintiff"), by and through his counsel of record, hereby stipulate and agree to extend the time for Plaintiff to file a Response to Defendant's Motion to Dismiss Plaintiff's Third Claim for Relief for two weeks, up to and including September 29, 2017. Plaintiff's counsel was on vacation when Defendant filed its Motion and requires additional time to review the Motion and prepare a Response. A two-week extension is reasonable under the circumstances and will allow Plaintiff to prepare a Response.

**Jeffrey Gronich, Attorney at Law, P.C.**
1810 E. Sahara Ave., Suite 109
Las Vegas, Nevada 89104
(702) 430-6896 FAX: (702) 369-1290

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made regarding this Motion.

Dated this 14th day of September, 2017.

JEFFREY GRONICH, ATTORNEY AT LAW

*/s/ Jeffrey Gronich*
Jeffrey Gronich, Esq., Bar No. 13136
1810 E. Sahara Ave., Suite 109
Las Vegas, Nevada 89104

*Attorney for Plaintiff Alexander Marks*

JACKSON LEWIS P.C.

*/s/ Kirsten A. Milton*
Kirsten A. Milton, Bar No. 14401
Mahna Pourshaban, Bar No. 13743
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for Defendants David Saxe Productions, LLC, Saxe Management, LLC and David Saxe*

**ORDER**

IT IS SO ORDERED. Septemeber 20, 2017

UNITED STATES DISTRICT JUDGE