Kirsten A. Milton, Bar No. 14401
Mahna Pourshaban, Bar No. 13743
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Kirsten.milton@jacksonlewis.com
Mahna.pourshaban@jacksonlewis.com
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendants
David Saxe Productions, LLC, Saxe
Management, LLC and David Saxe*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER MARKS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID SAXE PRODUCTIONS, LLC; SAXE MANAGEMENT, LLC; DAVID SAXE, an individual; EMPLOYEE(S) / AGENT(S) DOES 1-10; and ROE CORPORATRIONS 11-20, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02110<br><br>**ORDER TO EXTEND TIME FOR DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>(First Request) |

Defendants DAVID SAXE PRODUCTIONS, LLC; SAXE MANAGEMENT, LLC; and DAVID SAXE ("Defendants"), by and through their counsel of record, and Plaintiff Alexander Marks ("Plaintiff"), by and through his counsel of record, hereby stipulate and agree to extend the time for Defendants to file their Reply in Support of Defendants' Motion to Dismiss.

Specifically, the parties stipulate and agree that:

1. Defendants shall have a one-week extension of time, through and including October 13, 2017, to file a Reply in Support of Their Motion to Dismiss;

2. After removing the case to federal court, on August 8, 2017, Defense Counsel requested a three-week extension to prepare a responsive pleading. Subsequently on September 14, 2017, Plaintiff's Counsel requested a two-week extension to file an Opposition to Defendants' Motion to Dismiss. As a result of the extensions, Defense Counsel is requesting a one-week

extension to file Defendants' Reply as the current deadline conflicts with other court filings and depositions previously scheduled in other matters.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made regarding this Motion.

Dated this 2nd day of October, 2017.

| | |
|---|---|
| JEFFREY GRONICH, ATTORNEY AT LAW | JACKSON LEWIS P.C. |
| /s/ *Jeffrey Gronich* <br> Jeffrey Gronich, Esq., Bar No. 13136 <br> 1810 E. Sahara Ave., Suite 109 <br> Las Vegas, Nevada 89104 | /s/ *Kirsten A. Milton* <br> Kirsten A. Milton, Bar No. 14401 <br> Mahna Pourshaban, Bar No. 13743 <br> 3800 Howard Hughes Parkway, Suite 600 <br> Las Vegas, Nevada 89169 |
| *Attorney for Plaintiff Alexander Marks* | *Attorneys for Defendants David Saxe Productions, LLC, Saxe Management, LLC and David Saxe* |

## ORDER

IT IS SO ORDERED October 4, 2017.

_____
U.S. District

-2-