1  Kirsten A. Milton, Bar No. 14401
   Donald Paradiso, Bar No. 12845
2  **JACKSON LEWIS P.C.**
   3800 Howard Hughes Parkway, Suite 600
3  Las Vegas, Nevada 89169
   Email:  kirsten.milton@jacksonlewis.com
4  Email:  donald.paradiso@jacksonlewis.com
   Tel:  (702) 921-2460
5  Fax: (702) 921-2461

6  *Attorneys for Defendants*

7  *David Saxe Productions, LLC, Saxe*
   *Management, LLC and David Saxe*

8
                    **UNITED STATES DISTRICT COURT**
9
                         **DISTRICT OF NEVADA**
10

11 | ALEXANDER MARKS, an individual, | Case No. 2:17-cv-02110-KJD-CWH |

        Plaintiff,
12
                                          **STIPULATION AND ORDER TO EXTEND**
   vs.                                    **TIME FOR DEFENDANTS TO FILE**
13                                        **ANSWER TO COMPLAINT**

   DAVID SAXE PRODUCTIONS, LLC;
14 SAXE MANAGEMENT, LLC; DAVID           (First Request)
   SAXE, an individual; EMPLOYEE(S) /
15 AGENT(S) DOES 1-10; and ROE
   CORPORATRIONS 11-20, inclusive,
16
        Defendants.
17

18      Defendants DAVID SAXE PRODUCTIONS, LLC; SAXE MANAGEMENT, LLC; and

19 DAVID SAXE ("Defendants"), by and through their counsel of record, and Plaintiff Alexander

20 Marks ("Plaintiff"), by and through his counsel of record, hereby stipulate and agree to extend the

21 time for Defendants to file their Answer to Plaintiff's Complaint.

22      Specifically, the parties stipulate and agree that:

23      1.      Defendants shall have a one-week extension of time, through and including January

24 14, 2019, to file an Answer to Plaintiff's Complaint;

25      2.      On December 18, 2018, the Court granted the parties' Stipulation and Order to

26 Extend Discovery Deadlines, which also included setting the deadline for Defendants' Answer as

27 January 7, 2019.  ECF No. 30.

28

JACKSON LEWIS P.C.
    LAS VEGAS

1        3.      In light of the holidays and unanticipated, extensive litigation in another matter,

2 Defense counsel needs a brief one-week extension of time to prepare Defendants' Answer in this

3 case.

4        This stipulation and order is sought in good faith and not for the purpose of delay. No prior

5 request for an extension of time to file Defendants' Answer has been made.

6        Dated this 4th day of January, 2019.

8 JEFFREY GRONICH, ATTORNEY AT LAW    JACKSON LEWIS P.C.

*/s/ Jeffrey Gronich*              */s/ Kirsten A. Milton*

10 Jeffrey Gronich, Esq., Bar No. 13136    Kirsten A. Milton, Bar No. 14401

Donald P. Paradiso, Bar No. 12845

11 1810 E. Sahara Ave., Suite 109       3800 Howard Hughes Parkway, Suite 600

Las Vegas, Nevada 89104         Las Vegas, Nevada 89169

*Attorney for Plaintiff Alexander Marks*    *Attorneys for Defendants*

*David Saxe Productions, LLC, Saxe*
14                               *Management, LLC and David Saxe*

16                       **ORDER**

17                       IT IS SO ORDERED.

United States District/Magistrate Judge

January 7, 2019
Dated: