JEFFREY GRONICH, ATTORNEY AT LAW, P.C.
Jeffrey Gronich, Esq. (#13136)
1810 E. Sahara Ave.
Suite 109
Las Vegas, Nevada 89104
Tel:    (702) 430-6896
Fax:   (702) 369-1290
jgronich@gronichlaw.com
*Attorney for Plaintiff Alexander Marks*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER MARKS an individual;<br><br>Plaintiff,<br><br>vs.<br><br>DAVID SAXE PRODUCTIONS, LLC; SAXE MANAGEMENT, LLC; DAVID SAXE, an individual; EMPLOYEE(S) / AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive;<br><br>Defendants. | Case No. 2:17-cv-02110-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE**<br><br>**(Second Request)** |

The Parties hereby stipulate to extend the deadline for Plaintiff to file his response to Defendants' Motion for Summary Judgment and agree as follows:

1.	On December 6, 2019, this Court entered an Order granting the Parties' stipulation to extend the deadline for Defendants to file a Motion for Summary Judgment and for Plaintiff to file his response. Those deadlines were moved from December 9, 2019 to December 20, 2019, and for a Response to be due by January 15, 2020.

2.	Plaintiff's attorney is a solo practitioner and has had a heavy caseload to begin the year as many of his other matters had to be rescheduled from late December due to the holiday season. Due to those scheduling conflicts, the Parties have agreed to allow Plaintiff additional time to file his response to Defendants' Motion to Dismiss.

3. Accordingly, the Parties stipulate and agree that the deadline for Plaintiff to file a response to Defendants' Motion to Dismiss should be extended from January 15, 2020 to January 24, 2020.

4. The Parties further stipulate and agree that Defendants will thereafter have until February 18, 2020 to file their Reply Brief.

5. A trial date has not yet been set in this matter and no other deadlines are affected by this stipulation.

6. This stipulation and order is sought in good faith and not for the purpose of delay.

Dated: January 9, 2020

By: /s/ Jeffrey Gronich, Esq.
Jeffrey Gronich, Esq. (#13136)
Jeffrey Gronich, Attorney at Law, P.C.
1810 E. Sahara Ave, Suite 109
Las Vegas, NV 89104

*Attorneys for Plaintiff*

Dated: January 9, 2020

By: /s/ Lynne K. McChrystal, Esq.
Kristen A. Milton, Esq. (#14401)
Lynne K. McChrystal, Esq. (#14739)
Jackson Lewis P.C.
3800 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

*Attorneys for Defendants*

**IT IS SO ORDERED**

Dated this 10th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE